UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOSE ENCARNACION,

Plaintiff,

-against-

NEW ESTRELLA MINIMARKET CORP. d/b/a NEW ESTRELLA MINIMARKET, ANGEL ELION PUJOL HERNANDEZ, and ANGEL PUJOL,

Defendants.

------------------------------------------------------------X

Case No. 7:26-cv-00974 (KMK)

**DEFAULT JUDGMENT**

WHEREAS Plaintiff Jose Encarnacion commenced this action against Defendants New Estrella Minimarket Corp. d/b/a New Estrella Minimarket, Angel Elion Pujol Hernandez, and Angel Pujol, asserting claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and the New York Labor Law;

WHEREAS each Defendant was duly served with the Summons and Complaint and failed to answer, appear, or otherwise defend this action;

WHEREAS the Clerk of Court entered a Certificate of Default against all three Defendants on April 28, 2026 (ECF No. 14);

WHEREAS Plaintiff moved for default judgment (ECF No. 15), and on June 3, 2026 the Court entered an Order to Show Cause for Default Judgment (ECF No. 17), which, together with all supporting papers, was duly served upon Defendants;

WHEREAS Defendants failed to respond to the Order to Show Cause and failed to appear at the show-cause hearing held before the Court on July 8, 2026; and

WHEREAS on July 8, 2026, the Court entered Findings of Fact and Conclusions of Law (ECF No. 19) granting Plaintiff a default judgment against Defendants, jointly and severally, pursuant to Federal Rule of Civil Procedure 55(b)(2);

NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure 55(b)(2) and 58 and the Court's July 8, 2026 Findings of Fact and Conclusions of Law, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff Jose Encarnacion and against Defendants New Estrella Minimarket Corp. d/b/a New Estrella Minimarket, Angel Elion Pujol Hernandez, and Angel Pujol, jointly and severally, in the amounts set forth below:

1. Unpaid wages in the amount of $38,590.63, comprising $36,175.63 in minimum-wage and overtime underpayments and $2,415.00 in spread-of-hours pay;
2. Liquidated damages in the amount of $38,590.63, pursuant to N.Y. Lab. Law § 198(1-a);
3. Statutory damages in the amount of $5,000.00, pursuant to N.Y. Lab. Law § 198(1-b), for violation of N.Y. Lab. Law § 195(1);
4. Statutory damages in the amount of $5,000.00, pursuant to N.Y. Lab. Law § 198(1-d), for violation of N.Y. Lab. Law § 195(3);
5. Reasonable attorneys' fees in the amount of $2,000.00, pursuant to 29 U.S.C. § 216(b) and N.Y. Lab. Law §§ 198(1-a), 663(1); and
6. Prejudgment interest in the amount of $5,775.91, calculated through May 30, 2026, plus additional prejudgment interest accruing at the rate of $9.52 per day from May 31, 2026 through the date of entry of this Judgment, to be computed by the Clerk of Court;

for a total judgment of **$94,957.17**, plus additional prejudgment interest at $9.52 per day from May 31, 2026 through the date of entry of this Judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that post-judgment interest shall accrue on the total judgment amount at the rate set forth in 28 U.S.C. § 1961(a), from the date of entry of this Judgment until the judgment is paid in full; and it is further

**ORDERED** that the Clerk of Court is respectfully directed to enter this Judgment and to close this case.

Dated: White Plains, New York August 17, 2026

**SO ORDERED:**

KENNETH M. KARAS United States District Judge